UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 10-13431 |
| KEVIN LACOUR | |
| MARJORIE LACOUR | |
| | SECTION: A |
| DEBTORS | CHAPTER 13 |

## EX-PARTE ORDER APPROVING ADDITIONAL COMPENSATION FOR OBJECTION TO MOTION TO DISMISS AND MOTION TO AMEND

Considering the above Ex-Parte Motion for Approval of Additional Compensation:

IT IS ORDERED, that Timothy P. Kirkpatrick be allowed an additional fee of $569.00 **TO BE PAID THROUGHT THE PLAN** for reimbursement of actual and necessary expenses incurred with filing **OBJECTION TO MOTION TO DISMISS AND MOTION TO AMEND**.

**IT IS FURTHER ORDERED** that the **DIRECT PAY** is **DENIED.**

**IT IS FURTHER ORDERED** that Timothy P. Kirkpatrick, Counsel for Debtors, immediately turnover all funds directly paid by the Debtors to the Chapter 13 Trustee.

New Orleans, Louisiana, August 9, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge